UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STYLIANI TSIOULIDI,

        Plaintiff,                               ORDER
                                                    18-CV-4974

  - against -

APPLIED BEHAVIORAL SPECTRUM
SERVICES, INC. and NICOLETTA
SKLAVOUNAKIS, jointly and severally,

        Defendants.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

      On November 27, 2018, individual Defendant Nicoletta Sklavounakis moved to dismiss Plaintiff's Complaint for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. (ECF No. 10). On December 7, 2018, Plaintiff opposed that motion and requested a 21-day extension to properly serve the Defendant. (ECF No. 12). Defendant's motion to dismiss is denied and Plaintiff's request for an extension is granted. Plaintiff is directed to serve the individual Defendant within 21 days.

      SO ORDERED.

Dated:      Brooklyn, New York
              May 22, 2019

                                                        /s_____
                                                          I. Leo Glasser                         U.S.D.J.